(Official Form 1) (10/05) West Group, Rochester, NY

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **NORTHERN** District of **ILLINOIS** | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**KENMARE & ASSOCIATES, INC.,**<br>**Corporation** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all) **36-4282829** | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>**102 FORD DRIVE**<br>**UNIT A**<br>**NEW LENOX IL** | ZIPCODE<br>60451 | Street Address of Joint Debtor (No. & Street, City, and State): | ZIPCODE |
|---|---|---|---|

| County of Residence or of the<br>Principal Place of Business: **WILL** | County of Residence or of the<br>Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>**SAME** | ZIPCODE | Mailing Address of Joint Debtor (if different from street address): | ZIPCODE |
|---|---|---|---|

| Location of Principal Assets of Business Debtor<br>(If different from street address above): **SAME** | | ZIPCODE |
|---|---|---|

**Type of Debtor** (Form of organization)

(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and provide the information requested below.)

*State type of entity:*

**Nature of Business**
(Check **all** applicable boxes.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 11 U.S.C. § 501(3)(c).

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
- [ ] Chapter 13

**Nature of Debts** (Check one box)

- [ ] Consumer/Non-Business
- [x] Business

**Chapter 11 Debtors:**

**Check one box:**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is debtor is unable to pay fee except in installments. Rule 1006(b). See Official form No. 3A.
- [ ] Filing fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

(Official Form 1) (10/05) West Group, Rochester, NY                                    FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>KENMARE & ASSOCIATES, INC.,<br>Corporation |
|---|---|

| Prior Bankruptcy Case Filed Within Last 8 Years | | (If more than one, attach additional sheet) |
|---|---|---|
| Location Where Filed:<br>NONE | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor | | (If more than one, attach additional sheet) |
|---|---|---|
| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☒  Exhibit A is attached and made a part of this petition

## Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy code.

X _____
     Signature of Attorney for Debtor(s)            Date

## Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐  Yes, and exhibit C is attached and made a part of this petition.

☒  No

## Certification Concerning Debt Counseling by Individual/Joint Debtor(s)

☐  I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐  I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing)

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**    (Check any applicable box)

☐  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principle assets in the United States in this District, or has no principle place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interest of the parties will be served in regard to the relief sought in this District.

## Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05) West Group, Rochester, NY

FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **KENMARE & ASSOCIATES, INC.,** Corporation |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documentation required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney

X *John K Kneafsey*
Signature of Attorney for Debtor(s)

**John K. Kneafsey 01490192**
Printed Name of Attorney for Debtor(s)

**NISEN & ELLIOTT, LLC**
Firm Name

**200 West Adams Street**
Address

**Suite 2500**

**Chicago IL   60606**

**(312) 346-7800**
Telephone Number

*6-29-06*
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C.§110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C §110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principle, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**PATRICK SULLIVAN**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

*6-29-06*
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; Required by 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *KENMARE & ASSOCIATES, INC.,*
 *Corporation*

Case No.
Chapter *11*

_____ / Debtor

## Exhibit "A" to Voluntary Petition

(If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.)

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934,
 the SEC file number is _____ .

2. The following financial data is the latest available information and refers to the debtor's condition on _____ .

 a. Total assets             $    *0.00*
 b. Total debts (including debts listed in 2.c., below) $ *3,016,924.26*

 c. Debt securities held by more than 500 holders.

| Debt Issue | Type | Total $ Amount Outstanding | Approximate Number of Holders |
|---|---|---|---|
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |

 d. Number of shares of preferred stock     *NONE*    *NONE*
 e. Number of shares of common stock     *500*     *NONE*

 Comments, if any:
 *NONE*

3. Brief description of debtor's business:
 *Excavating - Sewer and water*

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the debtor:
 *Patrick Sullivan*
 *102 Ford Drive*
 *Unit A*
 *New Lenox, IL 60451*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *KENMARE & ASSOCIATES, INC.*
*Corporation*

Case No.

Chapter *11*

_____/ Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m)

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 1<br>Caterpillar Financial<br>2120 West End Avenue<br>P. O. Box 34001<br>Nashville TN 37203-0001 | Phone:<br>Caterpillar Financial<br>2120 West End Avenue<br>P. O. Box 34001<br>Nashville TN 37203-0001 | | Value:<br>Net Unsecured: | $ 375,314.35<br>$ 0.00<br>$ 375,314.35 |
| 2<br>Ingersoll-Rand Financial Serv.<br>Div. of CitiCapital Comm. Corp<br>P. O. Box 6229<br>Carol Stream IL 60197-6229 | Phone:<br>Ingersoll-Rand Financial Serv.<br>Div. of CitiCapital Comm. Corp<br>P. O. Box 6229<br>Carol Stream IL 60197-6229 | | Value:<br>Net Unsecured: | $ 199,443.90<br>$ 0.00<br>$ 199,443.90 |
| 3<br>Caterpillar Financial<br>2120 West End Avenue<br>P. O. Box 34001<br>Nashville TN 37203-0001 | Phone:<br>Caterpillar Financial<br>2120 West End Avenue<br>P. O. Box 34001<br>Nashville TN 37203-0001 | | Value:<br>Net Unsecured: | $ 137,286.26<br>$ 0.00<br>$ 137,286.26 |
| 4<br>Interstate Bank of Oak Forest<br>Attn: Loan Department<br>15533 S. Cicero Ave.<br>Oak Forest IL 60462-3626 | Phone:<br>Interstate Bank of Oak Forest<br>Attn: Loan Department<br>15533 S. Cicero Ave.<br>Oak Forest IL 60462-3626 | | Value:<br>Net Unsecured: | $ 127,366.17<br>$ 0.00<br>$ 127,366.17 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 5<br>Caterpillar Financial<br>2120 West End Avenue<br>P. O. Box 34001<br>Nashville TN 37203-0001 | Phone:<br>Caterpillar Financial<br>2120 West End Avenue<br>P. O. Box 34001<br>Nashville TN 37203-0001 | | Value:<br>Net Unsecured: | $ 126,336.26<br>$ 0.00<br>$ 126,336.26 |
| 6<br>Caterpillar Financial<br>2120 West End Avenue<br>P. O. Box 34001<br>Nashville TN 37203-0001 | Phone:<br>Caterpillar Financial<br>2120 West End Avenue<br>P. O. Box 34001<br>Nashville TN 37203-0001 | | Value:<br>Net Unsecured: | $ 95,603.27<br>$ 0.00<br>$ 95,603.27 |
| 7<br>Caterpillar Financial<br>2120 West End Avenue<br>P. O. Box 34001<br>Nashville TN 37203-0001 | Phone:<br>Caterpillar Financial<br>2120 West End Avenue<br>P. O. Box 34001<br>Nashville TN 37203-0001 | | Value:<br>Net Unsecured: | $ 91,297.35<br>$ 0.00<br>$ 91,297.35 |
| 8<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL 60693 | Phone:<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL 60693 | Lease | | $ 67,742.22 |
| 9<br>Caterpillar Financial<br>2120 West End Avenue<br>P. O. Box 34001<br>Nashville TN 37203-0001 | Phone:<br>Caterpillar Financial<br>2120 West End Avenue<br>P. O. Box 34001<br>Nashville TN 37203-0001 | | Value:<br>Net Unsecured: | $ 66,446.58<br>$ 0.00<br>$ 66,446.58 |
| 10<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL 60693 | Phone:<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL 60693 | Lease | | $ 65,630.94 |
| 11<br>Caterpillar Financial<br>2120 West End Avenue<br>P. O. Box 34001<br>Nashville TN 37203-0001 | Phone:<br>Caterpillar Financial<br>2120 West End Avenue<br>P. O. Box 34001<br>Nashville TN 37203-0001 | | Value:<br>Net Unsecured: | $ 64,483.93<br>$ 0.00<br>$ 64,483.93 |
| 12<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL 60693 | Phone:<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL 60693 | Lease | | $ 64,088.96 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 13<br>Caterpillar Financial<br>2120 West End Avenue<br>P. O. Box 34001<br>Nashville TN  37203-0001 | Phone:<br>Caterpillar Financial<br>2120 West End Avenue<br>P. O. Box 34001<br>Nashville TN  37203-0001 | | Value:<br>Net Unsecured: | $ 63,504.13<br><br>$ 0.00<br>$ 63,504.13 |
| 14<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL  60693 | Phone:<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL  60693 | Lease | | $ 60,556.45 |
| 15<br>Mid America Water, Inc.<br>1500 East Mountain<br>Aurora IL  60505 | Phone:<br>Mid America Water, Inc.<br>1500 East Mountain<br>Aurora IL  60505 | Supplies | | $ 60,372.35 |
| 16<br>Toyota Financial Services<br>19001 So. Western Ave.<br>Maildrop WF12<br>Torrence CA  90501 | Phone:<br>Toyota Financial Services<br>19001 So. Western Ave.<br>Maildrop WF12<br>Torrence CA  90501 | | Value:<br>Net Unsecured: | $ 58,172.01<br><br>$ 0.00<br>$ 58,172.01 |
| 17<br>Toyota Financial Services<br>19001 So. Western Ave.<br>Maildrop WF12<br>Torrence CA  90501 | Phone:<br>Toyota Financial Services<br>19001 So. Western Ave.<br>Maildrop WF12<br>Torrence CA  90501 | | Value:<br>Net Unsecured: | $ 58,171.92<br><br>$ 0.00<br>$ 58,171.92 |
| 18<br>Toyota Financial Services<br>19001 So. Western Ave.<br>Maildrop WF12<br>Torrence CA  90501 | Phone:<br>Toyota Financial Services<br>19001 So. Western Ave.<br>Maildrop WF12<br>Torrence CA  90501 | | Value:<br>Net Unsecured: | $ 58,171.92<br><br>$ 0.00<br>$ 58,171.92 |
| 19<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL  60693 | Phone:<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL  60693 | Lease | | $ 57,538.44 |
| 20<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL  60693 | Phone:<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL  60693 | Lease | | $ 53,540.39 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *PATRICK SULLIVAN* _____ , *President* _____ of the *Corporation* _____ named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.

Date: _____        Signature _____

                            Name:   *PATRICK SULLIVAN*

                            Title:   *President*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *KENMARE & ASSOCIATES, INC., Corporation*

Case No.
Chapter *11*

_____/ Debtor

Attorney for Debtor:  *John K. Kneafsey*

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| | *Debtor has no Equity Security Holders* | | |
| | | | |
| | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *PATRICK SULLIVAN*, *President* of the *corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: *6-29-06*

Signature: _____

Name: *PATRICK SULLIVAN*
Title: *President*

In re _KENMARE & ASSOCIATES, INC._ _____/ Debtor     Case No._____

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.   If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** 0.00 | |

No continuation sheets attached

**TOTAL $**
(Report also on Summary of Schedules.)    0.00

In re KENMARE & ASSOCIATES, INC. _____ / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases. If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable | X | | | |

Page  1  of  6

In re KENMARE & ASSOCIATES, INC. _____ / Debtor     Case No. _____

<span style="text-align:right">(if known)</span>

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| instruments. | | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles. | | *2001 Ford F250*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *2003 Ford F Series*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *2003 Ford F Series*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *2003 Ford F250*<br>*Location: In debtor's possession* | | *Unknown* |

In re KENMARE & ASSOCIATES, INC. _____ / Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| | | 2004 Ford E350<br>Location: In debtor's possession | | | Unknown |
| | | 2004 Ford E350<br>Location: In debtor's possession | | | Unknown |
| | | 2004 Ford E350<br>Location: In debtor's possession | | | Unknown |
| | | 2004 Ford F Series<br>Location: In debtor's possession | | | Unknown |
| | | 2004 Ford F Series<br>Location: In debtor's possession | | | Unknown |
| | | 2004 Ford F250<br>Location: In debtor's possession | | | Unknown |
| | | 2004 Ford F250<br>Location: In debtor's possession | | | Unknown |
| | | 2004 Ford F250<br>Location: In debtor's possession | | | Unknown |
| | | 2004 Ford F251<br>Location: In debtor's possession | | | Unknown |
| | | 2004 Ford F251 4X4<br>Location: In debtor's possession | | | Unknown |
| | | 2004 Ford F450<br>Location: In debtor's possession | | | Unknown |

In re KENMARE & ASSOCIATES, INC.                                    / Debtor      Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | | Husband--H Wife--W Joint--J Community--C | |
| | | 2004 Ford F450<br>Location: In debtor's possession | | $ 0.00 |
| | | 2004 Ford F450<br>Location: In debtor's possession | | Unknown |
| | | 2004 Ford F450 SDTY<br>Location: In debtor's possession | | Unknown |
| | | 2004 Ford FSDUTY<br>Location: In debtor's possession | | Unknown |
| | | 2005 Ford F250 SDTY<br>Location: In debtor's possession | | Unknown |
| | | 2005 Holden Trailers (2)<br>Location: In debtor's possession | | Unknown |
| | | 2005 International<br>Location: In debtor's possession | | Unknown |
| | | 315CL<br>Location: In debtor's possession | | Unknown |
| | | 315CL<br>Location: In debtor's possession | | Unknown |
| | | 320CL<br>Location: In debtor's possession | | Unknown |

In re _KENMARE & ASSOCIATES, INC._____ / Debtor    Case No. _____
                                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 420E(3)<br>Location: In debtor's possession | | Unknown |
| | | 953C<br>Location: In debtor's possession | | Unknown |
| | | 953C<br>Location: In debtor's possession | | Unknown |
| | | 953C<br>Location: In debtor's possession | | Unknown |
| | | D3GLGP<br>Location: In debtor's possession | | Unknown |
| | | D3GLGP<br>Location: In debtor's possession | | Unknown |
| | | Freightliner<br>Location: In debtor's possession | | Unknown |
| | | Hino<br>Location: In debtor's possession | | Unknown |
| | | Hino<br>Location: In debtor's possession | | Unknown |
| | | Hino<br>Location: In debtor's possession | | Unknown |
| | | Mack Semi & Trailer<br>Location: In debtor's possession | | Unknown |

In re KENMARE & ASSOCIATES, INC. _____ / Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Kyocera Printer<br>Location: In debtor's possession | | Unknown |
| 29. Machinery, fixtures, equipment and supplies used in business. | | Bobcat S250 & T250<br>Location: In debtor's possession<br><br>Bobcat T250 (4)<br>Location: In debtor's possession | | Unknown<br><br>Unknown |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __6__ of __6__

Total ➡    $ 0.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

FORM B6D (10/05) West Group, Rochester, NY

In re KENMARE & ASSOCIATES, INC. _____ / Debtor    Case No. _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above) | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: 6273 | | 2006 | | | | $ 95,603.27 | $ 95,603.27 |
| Creditor # : 1 Caterpillar Financial 2120 West End Avenue P. O. Box 34001 Nashville TN 37203-0001 | | 953C | | | | | |
| | | Value: $ 0.00 | | | | | |
| Account No: 0832 | | 2006 | | | | $ 91,297.35 | $ 91,297.35 |
| Creditor # : 2 Caterpillar Financial 2120 West End Avenue P. O. Box 34001 Nashville TN 37203-0001 | | 953C | | | | | |
| | | Value: $ 0.00 | | | | | |
| Account No: 0832 | | 2006 | | | | $ 63,504.13 | $ 63,504.13 |
| Creditor # : 3 Caterpillar Financial 2120 West End Avenue P. O. Box 34001 Nashville TN 37203-0001 | | 315CL | | | | | |
| | | Value: $ 0.00 | | | | | |
| Account No: 9248 | | 2006 | | | | $ 46,211.54 | $ 46,211.54 |
| Creditor # : 4 Caterpillar Financial 2120 West End Avenue P. O. Box 34001 Nashville TN 37203-0001 | | D3GLGP | | | | | |
| | | Value: $ 0.00 | | | | | |

6 continuation sheets attached

Subtotal $     296,616.29
(Total of this page)

Total $
(Use only on last page)

FORM B6D (10/05) West Group, Rochester, NY

In re KENMARE & ASSOCIATES, INC. _____ / Debtor    Case No. _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above) | C o d e b t o r | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: 8462  Creditor # : 5 Caterpillar Financial 2120 West End Avenue P. O. Box 34001 Nashville TN 37203-0001 | | 2006  953C  Value: $ 0.00 | | | | $ 137,286.26 | $ 137,286.26 |
| Account No: 8582  Creditor # : 6 Caterpillar Financial 2120 West End Avenue P. O. Box 34001 Nashville TN 37203-0001 | | 2006  320CL  Value: $ 0.00 | | | | $ 126,336.26 | $ 126,336.26 |
| Account No: 6134  Creditor # : 7 Caterpillar Financial 2120 West End Avenue P. O. Box 34001 Nashville TN 37203-0001 | | 2006  420E(3)  Value: $ 0.00 | | | | $ 375,314.35 | $ 375,314.35 |
| Account No: 6155  Creditor # : 8 Caterpillar Financial 2120 West End Avenue P. O. Box 34001 Nashville TN 37203-0001 | | 2006  D3GLGP  Value: $ 0.00 | | | | $ 64,483.93 | $ 64,483.93 |
| Account No: 7031  Creditor # : 9 Caterpillar Financial 2120 West End Avenue P. O. Box 34001 Nashville TN 37203-0001 | | 2006  315CL  Value: $ 0.00 | | | | $ 66,446.58 | $ 66,446.58 |
| Account No: 1837  Creditor # : 10 Ford Credit P. O. Box 219825 Kansas City MO 64121-9825 | | 2006  2004 Ford F250  Value: $ 0.00 | | | | $ 20,214.06 | $ 20,214.06 |

Sheet No.1 of 6 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $ (Total of this page)    790,081.44

Total $ (Use only on last page)

FORM B6D (10/05) West Group, Rochester, NY

In re KENMARE & ASSOCIATES, INC. _____ / Debtor      Case No._____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above) | c o d e b t o r | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: 4980<br>Creditor # : 11<br>Ford Credit<br>P. O. Box 219825<br>Kansas City MO 64121-9825 | | 2006<br><br>2004 Ford E350<br><br>Value: $ 0.00 | | | | $ 20,603.91 | $ 20,603.91 |
| Account No: 3706<br>Creditor # : 12<br>Ford Credit<br>P. O. Box 219825<br>Kansas City MO 64121-9825 | | 2006<br><br>2004 Ford F450 SDTY<br><br>Value: $ 0.00 | | | | $ 25,179.66 | $ 25,179.66 |
| Account No: 1004<br>Creditor # : 13<br>Ford Credit<br>P. O. Box 219825<br>Kansas City MO 64121-9825 | | 2006<br><br>2004 Ford FSDUTY<br><br>Value: $ 0.00 | | | | $ 32,485.07 | $ 32,485.07 |
| Account No: 5640<br>Creditor # : 14<br>Ford Credit<br>P. O. Box 219825<br>Kansas City MO 64121-9825 | | 2006<br><br>2004 Ford F251 4X4<br><br>Value: $ 0.00 | | | | $ 27,197.50 | $ 27,197.50 |
| Account No: 3831<br>Creditor # : 15<br>Ford Credit<br>P. O. Box 219825<br>Kansas City MO 64121-9825 | | 2006<br><br>2004 Ford E350<br><br>Value: $ 0.00 | | | | $ 14,796.80 | $ 14,796.80 |
| Account No: 2914<br>Creditor # : 16<br>Ford Credit<br>P. O. Box 219825<br>Kansas City MO 64121-9825 | | 2006<br><br>2005 Ford F250 SDTY<br><br>Value: $ 0.00 | | | | $ 26,350.12 | $ 26,350.12 |

Sheet No.2   of   6   continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $ (Total of this page)      146,613.06

Total $ (Use only on last page)

FORM B6D (10/05) West Group, Rochester, NY

In re KENMARE & ASSOCIATES, INC. _____ / Debtor     Case No. _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above) | C o d e b t o r | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: 8146<br>Creditor # : 17<br>Ford Credit<br>P. O. Box 219825<br>Kansas City MO 64121-9825 | | 2006<br><br>2004 Ford F450<br><br>Value: $ 0.00 | | | | $ 28,002.66 | $ 28,002.66 |
| Account No: 0551<br>Creditor # : 18<br>Ford Credit<br>P. O. Box 219825<br>Kansas City MO 64121-9825 | | 2006<br><br>2003 Ford F Series<br><br>Value: $ 0.00 | | | | $ 14,293.04 | $ 14,293.04 |
| Account No: 0764<br>Creditor # : 19<br>Ford Credit<br>P. O. Box 219825<br>Kansas City MO 64121-9825 | | 2006<br><br>2003 Ford F Series<br><br>Value: $ 0.00 | | | | $ 14,311.04 | $ 14,311.04 |
| Account No: 9161<br>Creditor # : 20<br>Ford Credit<br>P. O. Box 219825<br>Kansas City MO 64121-9825 | | 2006<br><br>2004 Ford F450<br><br>Value: $ 0.00 | | | | $ 26,493.53 | $ 26,493.53 |
| Account No: 3908<br>Creditor # : 21<br>Ford Credit<br>P. O. Box 219825<br>Kansas City MO 64121-9825 | | 2006<br><br>2004 Ford F250<br><br>Value: $ 0.00 | | | | $ 23,334.37 | $ 23,334.37 |
| Account No: 9829<br>Creditor # : 22<br>Ford Credit<br>P. O. Box 219825<br>Kansas City MO 64121-9825 | | 2006<br><br>2003 Ford F250<br><br>Value: $ 0.00 | | | | $ 15,496.69 | $ 15,496.69 |

Sheet No.3 of 6 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)     121,931.33

Total $ (Use only on last page)

FORM B6D (10/05) West Group, Rochester, NY

In re KENMARE & ASSOCIATES, INC. _____ / Debtor      Case No. _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above) | Code btor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: -001<br>Creditor # : 23<br>GE Capital<br>P. O. Box 740441<br>Atlanta GA 30374-0441 | | 2006<br><br>Kyocera Printer<br><br>Value: $ 0.00 | | | | $ 6,362.91 | $ 6,362.91 |
| Account No: 6784<br>Creditor # : 24<br>Hinsdale Bank & Trust Company<br>25 E. First Street<br>Hinsdale IL 60521 | | 2006<br><br>2004 Ford F251<br><br>Value: $ 0.00 | | | | $ 19,227.53 | $ 19,227.53 |
| Account No: 9345<br>Creditor # : 25<br>Hinsdale Bank & Trust Company<br>25 E. First Street<br>Hinsdale IL 60521 | | 2006<br><br>2001 Ford F250<br><br>Value: $ 0.00 | | | | $ 8,935.93 | $ 8,935.93 |
| Account No: 6792<br>Creditor # : 26<br>Hinsdale Bank & Trust Company<br>25 E. First Street<br>Hinsdale IL 60521 | | 2006<br><br>2004 Ford F450<br><br>Value: $ 0.00 | | | | $ 20,193.63 | $ 20,193.63 |
| Account No: 6768<br>Creditor # : 27<br>Hinsdale Bank & Trust Company<br>25 E. First Street<br>Hinsdale IL 60521 | | 2006<br><br>2004 Ford F Series<br><br>Value: $ 0.00 | | | | $ 22,373.34 | $ 22,373.34 |
| Account No: 6776<br>Creditor # : 28<br>Hinsdale Bank & Trust Company<br>25 E. First Street<br>Hinsdale IL 60521 | | 2006<br><br>2004 Ford F Series<br><br>Value: $ 0.00 | | | | $ 22,976.69 | $ 22,976.69 |

Sheet No.4  of  6  continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $ (Total of this page)      100,070.03

Total $ (Use only on last page)

FORM B6D (10/05) West Group, Rochester, NY

In re KENMARE & ASSOCIATES, INC. _____ / Debtor    Case No. _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above) | C o d e b t o r | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: 3669 Creditor # : 29 Hinsdale Bank & Trust Company 25 E. First Street Hinsdale IL 60521 | | 2006 2004 Ford F250 Value: $ 0.00 | | | | $ 16,231.61 | $ 16,231.61 |
| Account No: 9724 Creditor # : 30 Ingersoll-Rand Financial Serv. Div. of CitiCapital Comm. Corp P. O. Box 6229 Carol Stream IL 60197-6229 | | 2006 BobcatS250 & T250 Value: $ 0.00 | | | | $ 44,259.31 | $ 44,259.31 |
| Account No: 3357 Creditor # : 31 Ingersoll-Rand Financial Serv. Div. of CitiCapital Comm. Corp P. O. Box 6229 Carol Stream IL 60197-6229 | | 2006 Bobcat T250 (4) Value: $ 0.00 | | | | $ 199,443.90 | $ 199,443.90 |
| Account No: 9001 Creditor # : 32 Interstate Bank of Oak Forest Attn: Loan Department 15533 S. Cicero Ave. Oak Forest IL 60462-3626 | | 2006 Mack Semi & Trailer Value: $ 0.00 | | | | $ 127,366.17 | $ 127,366.17 |
| Account No: 0251 Creditor # : 33 Key Equipment Finance Payment Processing P. O. Box 203901 Houston TX 77216-3901 | | 2006 2005 International Value: $ 0.00 | | | | Unknown | $ 0.00 |
| Account No: &B24 Creditor # : 34 Navistar Financial P. O. Box 96070 Chicago IL 60693-6070 | | 2006 2005 Holden Trailers (2) Value: $ 0.00 | | | | $ 27,527.49 | $ 27,527.49 |

Sheet No.5 of 6 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)    414,828.48

Total $ (Use only on last page)

FORM B6D (10/05) West Group, Rochester, NY

In re _KENMARE & ASSOCIATES, INC._ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above) | C o d e b t o r | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: _3001_<br>_Creditor # : 35_<br>_Prairie Bank & Trust Co._<br>_19102 S. 88th Ave._<br>_Mokena IL 60448_ | | _2006_<br><br>_Freightliner_<br><br><br>Value: _$ 0.00_ | | | | _$ 22,377.29_ | _$ 22,377.29_ |
| Account No: _0001_<br>_Creditor # : 36_<br>_Toyota Financial Services_<br>_19001 So. Western Ave._<br>_Maildrop WF12_<br>_Torrence CA 90501_ | | _2006_<br><br>_Hino_<br><br><br>Value: _$ 0.00_ | | | | _$ 58,171.92_ | _$ 58,171.92_ |
| Account No: _0002_<br>_Creditor # : 37_<br>_Toyota Financial Services_<br>_19001 So. Western Ave._<br>_Maildrop WF12_<br>_Torrence CA 90501_ | | _2006_<br><br>_Hino_<br><br><br>Value: _$ 0.00_ | | | | _$ 58,171.92_ | _$ 58,171.92_ |
| Account No: _0003_<br>_Creditor # : 38_<br>_Toyota Financial Services_<br>_19001 So. Western Ave._<br>_Maildrop WF12_<br>_Torrence CA 90501_ | | _2006_<br><br>_Hino_<br><br><br>Value: _$ 0.00_ | | | | _$ 58,172.01_ | _$ 58,172.01_ |
| Account No: | | <br><br><br>Value: | | | | | |
| Account No: | | <br><br><br>Value: | | | | | |

Sheet No._6_ of _6_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal $<br>(Total of this page) | 196,893.14 |
| Total $<br>(Use only on last page) | 2,067,033.77 |

FORM B6E (10/05) West Group, Rochester, NY

In re KENMARE & ASSOCIATES, INC. _____ / Debtor      Case No._____

                                                                          (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☒ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_  **continuation sheets attached**

In re  _KENMARE & ASSOCIATES, INC._____ / Debtor          Case No._____
                                                                                                        (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Contributions to employee benefit plans_

| Creditor's Name, Mailing Address including Zip Code, and Account Number | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| | | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | | |
| Account No:<br>_Creditor # : 1_<br>_Laborers' Pension & Welfare_<br>_33367 Treasury Center_<br>_Chicago IL 60694-3300_ | | _2006_<br>_Pension plan_ | | | | | $ 36,409.44 | $ 36,409.44 |
| Account No:<br>_Creditor # : 2_<br>_Laborers' Work Dues Fund_<br>_Dept. 4334_<br>_Carol Stream IL 60122-4334_ | | _2006_ | | | | | $ 1,586.25 | $ 1,586.25 |
| Account No:<br>_Creditor # : 3_<br>_MOE Apprenticeship Fund_<br>_P. O. Box 74632_<br>_Chicago IL 60675-4632_ | | _2006_ | | | | | $ 3,314.04 | $ 3,314.04 |
| Account No:<br>_Creditor # : 4_<br>_MOE CRF_<br>_P. O. 74632_<br>_Chicago IL 60675-4632_ | | _2006_ | | | | | $ 971.73 | $ 971.73 |
| Account No:<br>_Creditor # : 5_<br>_MOE Pension Fund_<br>_P. O. Box 74632_<br>_Chicago IL 60675-4632_ | | _2006_ | | | | | $ 27,937.29 | $ 27,937.29 |
| Account No:<br>_Creditor # : 6_<br>_MOE Vacation Savings Plan_<br>_P. O. Box 74632_<br>_Chicago IL 60675-4632_ | | _2006_ | | | | | $ 9,277.30 | $ 9,277.30 |
| Account No:<br>_Creditor # : 7_<br>_MOE Welfare Fund_<br>_P. O. Box 74632_<br>_Chicago IL 60675-4632_ | | _2006_ | | | | | $ 34,940.34 | $ 34,940.34 |

Sheet No.  _1_  of  _1_  sheets attached to Schedule of Creditors          Subtotal $          114,436.39
Holding Priority Claims                                                         (Total of this page)
                                                                                        Total $          114,436.39
                                  (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re  KENMARE & ASSOCIATES, INC. _____ / Debtor       Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C. 112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Husband—H Wife—W Joint—J Community—C | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>Allied Insurance<br>3820 109th St.<br>Des Moines IA 50391-2175 | | | 2006<br>Insurance | | | | $ 15,291.82 |
| Account No:<br>Creditor # : 2<br>American Interstate Insurance<br>Finance Department<br>P. O. Drawer 1570<br>Deridder LA 70634-1570 | | | 2006<br>Insurance | | | | $ 38,108.57 |
| Account No:<br>Creditor # : 3<br>Atlas Bobcat, Inc.<br>5050 N. River Road<br>Schiller Park IL 60176 | | | 2006 | | | | $ 990.96 |
| Account No:<br>Creditor # : 4<br>CNH Capital<br>Dept. CH 10460<br>Palatine IL 60055-0460 | | | 2006 | | | | $ 8,434.26 |

_7 continuation sheets attached_

Subtotal $ (Total of this page) | 62,825.61

Total $ (Report total also on Summary of Schedules) |

FORM B6F (10/05) West Group, Rochester, NY

In re KENMARE & ASSOCIATES, INC. _____ / Debtor     Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 5<br>Concrete Clinic<br>13089 Main Street<br>Lemont IL 60439 | | 2006<br>SUPPLIES | | | | $ 1,309.65 |
| Account No:<br>Creditor # : 6<br>Crawford Supply<br>9645 W. Willow Lane<br>Mokena IL 60448 | | 2006<br>SUPPLIES | | | | $ 3,178.13 |
| Account No:<br>Creditor # : 7<br>DeGroate Petroleum Service Inc<br>441 DeGroate Road<br>NEW LENOX IL 60451 | | 2006<br>Fuel Services | | | | $ 49,809.71 |
| Account No:<br>Creditor # : 8<br>Fleet Services<br>P. O. Box 6293<br>Carol Stream IL 60197-8283 | | 2006 | | | | $ 2,228.96 |
| Account No:<br>Creditor # : 9<br>Grainco FS, Inc.<br>4000 N. Division St.<br>Morris IL 60450-9357 | | 2006 | | | | $ 14,060.26 |
| Account No:<br>Creditor # : 10<br>Healthcare Service Corp.<br>P. O. Box 1186<br>Chicago IL 60690-1186 | | 2006<br>Medical | | | | $ 4,101.08 |

Sheet No. _1_ of _7_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) **74,687.79**

Total $ (Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re KENMARE & ASSOCIATES, INC. _____ / Debtor          Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 11 I.U.O.E. Local 150 P. O. Box 94427 Chicago IL 60690-4427 | | 2006 Admin. Dues | | | | $ 5,974.06 |
| Account No: Creditor # : 12 J. Merle Jones & Sons Internat 103 S. Larkin Joliet IL 60436 | | 2006 | | | | $ 4,279.95 |
| Account No: Creditor # : 13 Leep's Supply Co., Inc. 8001 Tyler Street Merrillville IN 46410 | | 2006 Supplies | | | | $ 34,605.59 |
| Account No: Creditor # : 14 Martin Implement 16400 S. 104th Avenue Orland Park IL 60467 | | 2006 | | | | $ 3,213.56 |
| Account No: Creditor # : 15 Martin Leasing, Inc. 16400 S. 104th Avenue Orland Park IL 60467 | | 2006 | | | | $ 1,310.75 |
| Account No: Creditor # : 16 Mid America Water, Inc. 1500 East Mountain Aurora IL 60505 | | 2006 Supplies | | | | $ 60,372.35 |

Sheet No. 2 of ___ 7 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | 109,756.26
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re KENMARE & ASSOCIATES, INC. _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 17<br>Midwest Cage Co.<br>P. O. Box 1143<br>New Lenox IL 60451 | | 2006 | | | | $ 5,820.17 |
| Account No:<br>Creditor # : 18<br>Mobile Facilities of Illinois<br>3230 East Lincoln Highway<br>Chicago Heights IL 60411 | | 2006 | | | | $ 1,000.00 |
| Account No:<br>Creditor # : 19<br>MPS & Co., Ltd.<br>14300 Ravinia Ave.<br>Suite 200<br>Orland Park IL 60462 | | 2006 | | | | $ 7,044.50 |
| Account No:    6257<br>Creditor # : 20<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL 60693 | | 2006<br>Lease | | | | $ 64,088.96 |
| Account No:    6257<br>Creditor # : 21<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL 60693 | | 2006<br>Lease | | | | $ 27,354.70 |
| Account No:    6257<br>Creditor # : 22<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL 60693 | | 2006<br>Lease | | | | $ 25,885.60 |

Sheet No.  3  of  7  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ (Total of this page) | 131,193.93 |
| Total $ (Report total also on Summary of Schedules) | |

FORM B6F (10/05) West Group, Rochester, NY

In re  KENMARE & ASSOCIATES, INC.                                    / Debtor       Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No: 6257<br>Creditor # : 23<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL 60693 | | 2006<br>Lease | | | | $ 57,538.44 |
| Account No: 6257<br>Creditor # : 24<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL 60693 | | 2006<br>Lease | | | | $ 67,742.22 |
| Account No: 6257<br>Creditor # : 25<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL 60693 | | 2006<br>Lease | | | | $ 53,540.39 |
| Account No: 6257<br>Creditor # : 26<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL 60693 | | 2006<br>Lease | | | | $ 65,630.94 |
| Account No: 6257<br>Creditor # : 27<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL 60693 | | 2006<br>Lease | | | | $ 23,879.61 |
| Account No: 6257<br>Creditor # : 28<br>Navistar Leasing Company<br>P. O. Box 98454<br>Chicago IL 60693 | | 2006<br>Lease | | | | $ 60,556.45 |

Sheet No. 4 of 7 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)     328,888.05

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re KENMARE & ASSOCIATES, INC. _____ / Debtor      Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 29<br>Nicor Gas<br>Claims & Litigation/7 W Nicor<br>P. O. Box 585<br>Aurora IL 60507-0585 | | 2006<br>Gas Bill | | | | $ 4,384.09 |
| Account No:<br><br>Creditor # : 30<br>Norwalk Sales Co.<br>2121 Maple Road<br>Joliet IL 60432 | | 2006 | | | | $ 3,620.80 |
| Account No:<br><br>Creditor # : 31<br>Norwalk Tank Co.<br>2121 Maple Road<br>Joliet IL 60432 | | 2006 | | | | $ 33,873.00 |
| Account No:<br><br>Creditor # : 32<br>Patten Industries, Inc.<br>635 W. Lake Street<br>Elmhurst IL 60126 | | 2006 | | | | $ 12,911.12 |
| Account No:<br><br>Creditor # : 33<br>R. H. Donnelley<br>8519 Innovation Way<br>Chicago IL 60682-0085 | | 2006 | | | | $ 17,800.00 |
| Account No:<br><br>Creditor # : 34<br>Rite-a-Way Truck & Auto<br>1022 S. Cedar Road<br> New Lenox IL 60451 | | 2006 | | | | $ 5,340.01 |

Sheet No.  5  of   7  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    77,929.02

Total $ (Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _KENMARE & ASSOCIATES, INC._____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 35<br>Road King Tire & Service<br>1200 S. Cedar Road<br>New Lenox IL 60451 | | | 2006 | | | | $ 11,910.78 |
| Account No:<br>Creditor # : 36<br>South West Home Builders Assoc<br>10767 West 163rd Place<br>Orland  Park IL 60467 | | | 2006 | | | | $ 1,220.00 |
| Account No:<br>Creditor # : 37<br>SW Suburban Home Builders Ass.<br>10767 West 163rd Place<br>Orland  Park IL 60467 | | | 2006 | | | | $ 2,020.00 |
| Account No:<br>Creditor # : 38<br>Terry's Ford<br>363 N. Harlem Ave.<br>Peotone IL 60468 | | | 2006 | | | | $ 7,248.00 |
| Account No:<br>Creditor # : 39<br>The Hartford<br>P. O. Box 2907<br>Hartford CT 06104-2907 | | | 2006 | | | | $ 1,091.00 |
| Account No:<br>Creditor # : 40<br>Underground Pipe & Valve Co.<br>P. O. Box 279<br>Plainfield IL 60544-0279 | | | 2006<br>Supplies | | | | $ 1,278.00 |

Sheet No. _6_ of _7_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $<br>(Total of this page) | 24,767.78 |
| Total $<br>(Report total also on Summary of Schedules) | |

FORM B6F (10/05) West Group, Rochester, NY

In re KENMARE & ASSOCIATES, INC. _____ / Debtor   Case No._____
                                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | Codebtor H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 41<br>Vulcan Constru. Mat., LP<br>75 Remittance Drive<br>Suite 3155<br>Chicago IL 60675-3155 | | 2006<br>  Supplies | | | | $ 1,284.98 |
| Account No:<br>Creditor # : 42<br>Windy City Heavy Equipment Ser<br>930 Kromray Rd.<br>Lemont IL 60439-6108 | | 2006 | | | | $ 9,323.88 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. __7__ of __7__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $**<br>(Total of this page) | 10,608.86 |
| **Total $**<br>(Report total also on Summary of Schedules) | 820,657.30 |

In re _KENMARE & ASSOCIATES, INC._ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "minor child" and do not disclose the child's name. See 11 U.S.C 112 Fed.R.Bankr.P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Frank Reisbeck_<br>_102 Ford Drive_<br>_NEW  LENOX IL  60451_ | Contract Type: _Lease_<br>Terms: _Month to month_<br>Beginning date:<br>Debtor's Interest: _Lessor_<br>Description: _102 Ford Drive_<br>_Unit A_<br>_New Lenox, IL  60451_<br>Buyout Option: |
| _Navistar Leasing Company_<br>_P. O. Box 98454_<br>_Chicago IL  60693_ | Contract Type: _Lease_<br>Terms:<br>Beginning date:<br>Debtor's Interest: _Lessee_<br>Description: _2005 International 7400 C_<br>Buyout Option: |
| _Navistar Leasing Company_<br>_P. O. Box 98454_<br>_Chicago IL  60693_ | Contract Type: _Lease_<br>Terms:<br>Beginning date:<br>Debtor's Interest: _Lessee_<br>Description: _2005 International 7400 B_<br>Buyout Option: |
| _Navistar Leasing Company_<br>_P. O. Box 98454_<br>_Chicago IL  60693_ | Contract Type: _Lease_<br>Terms:<br>Beginning date:<br>Debtor's Interest: _Lessee_<br>Description: _2005 International 7400 A_<br>Buyout Option: |
| _Navistar Leasing Company_<br>_P. O. Box 98454_<br>_Chicago IL  60693_ | Contract Type: _Lease_<br>Terms:<br>Beginning date:<br>Debtor's Interest: _Lessee_<br>Description: _2004 Pitboss Trailer B_<br>Buyout Option: |

In re _KENMARE & ASSOCIATES, INC._ _____ / Debtor    Case No. _____
                                                                          (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Navistar Leasing Company_<br>_P. O. Box 98454_<br>_Chicago IL  60693_ | Contract Type: _Lease_<br>Terms:<br>Beginning date:<br>Debtor's Interest: _Lessee_<br>Description: _2004 Pitboss Trailer A_<br><br>Buyout Option: |
| _Navistar Leasing Company_<br>_P. O. Box 98454_<br>_Chicago IL  60693_ | Contract Type: _Lease_<br>Terms:<br>Beginning date:<br>Debtor's Interest: _Lessee_<br>Description: _2003 International 7600 B_<br><br>Buyout Option: |
| _Navistar Leasing Company_<br>_P. O. Box 98454_<br>_Chicago IL  60693_ | Contract Type: _Lease_<br>Terms:<br>Beginning date:<br>Debtor's Interest: _Lessee_<br>Description: _2003 International 7600 A_<br><br>Buyout Option: |
| _Navistar Leasing Company_<br>_P. O. Box 98454_<br>_Chicago IL  60693_ | Contract Type: _Lease_<br>Terms:<br>Beginning date:<br>Debtor's Interest: _Lessee_<br>Description: _2005 Pitboss Trailer_<br><br>Buyout Option: |

In re _KENMARE & ASSOCIATES, INC._ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California Idaho, Louisiana, Nevada, New Mexico, Puerto Rico Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C 112 ; Fed.Bankr.P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *KENMARE & ASSOCIATES, INC., Corporation*

Case No.

Chapter *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | Yes | 1 | $ 0.00 | | |
| B-Personal Property | Yes | 6 | $ 0.00 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 7 | | $ 2,081,830.57 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 2 | | $ 114,436.39 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $ 820,657.30 | |
| G-Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| TOTAL | | | $ 0.00 | $ 3,016,924.26 | |

In re _KENMARE & ASSOCIATES, INC., Corporation_____ / Debtor    Case No. _____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _PATRICK SULLIVAN_____, _President_____ of the _Corporation_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___28__ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

Date: _6-29-06_____

Signature _____

Name: _PATRICK SULLIVAN_

Title: _President_

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: *KENMARE & ASSOCIATES, INC., Corporation*                                    Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

*Year to date:*
   *Last Year: $8,279,404*
*Year before: $5,755,231*
*2003: $3,449,003*

---

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 3. Payments to creditors

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.(Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☒ NONE

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

☒ NONE

### 10. Other transfers

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

☒ NONE

### 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

☒ NONE

---

**15. Prior address of debtor**

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

---

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

---

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

---

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

---

**18. Nature, location and name of business**

    a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case.

    If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

    If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME AND ADDRESS | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| *Debtor is a Corporation:* *Business:Kenmare & Associates* *Address:102 Ford Drive* *Unit A* *New Lenox, IL   60451* | *TaxPayer* *ID:36-4282829* | *Excavation - Sewer and* *water* | |

    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

&#x2612; NONE

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _June 29 2006_

Signature
of Debtor _____

Signature

(if any)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re    *KENMARE & ASSOCIATES, INC., Corporation*                          Case No.
                                                                            Chapter *11*

_____ / Debtor

Attorney for Debtor: *John K. Kneafsey*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*9,000.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____*9,000.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____*0.00*

3.  $ _____*1,039.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated:                                    Respectfully submitted,

                                    x _____
Attorney for Petitioner: *John K. Kneafsey*
                          *WISEN & ELLIOTT, LLC*
                          *200 West Adams Street*
                          *Suite 2500*
                          *Chicago IL   60606*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *KENMARE & ASSOCIATES, INC., Corporation*

Case No.
Chapter  *11*

_____ / Debtor

Attorney for Debtor:  *John K. Kneafsey*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: 6-29-06

_____
Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

In re:   **KENMARE & ASSOCIATES, INC.**

Case No.

Chapter    **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:   ONLY INCLUDE information directly related to the business operation.)

| | | |
|---|---|---:|
| **PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:** | | |
| 1.  Gross Income For 12 Months Prior to Filing: | | $ 7,260,000.00 |
| | | |
| **PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:** | | |
| 2.  Gross Monthly Income: | | $ 520,000.00 |
| | | |
| **PART C - ESTIMATED FUTURE MONTHLY EXPENSES:** | | |
| 3.  Net Employee Payroll (Other Than Debtor) | $ 518,000.00 | |
| 4.  Payroll Taxes | 0.00 | |
| 5.  Unemployment Taxes | 0.00 | |
| 6.  Worker's Compensation | 0.00 | |
| 7.  Other Taxes | 0.00 | |
| 8.  Inventory Purchases (Including raw materials) | 0.00 | |
| 9.  Purchase of Feed/Fertilizer/Seed/Spray | 0.00 | |
| 10. Rent (Other than debtor's principal residence) | 0.00 | |
| 11. Utilities | 0.00 | |
| 12. Office Expenses and Supplies | 0.00 | |
| 13. Repairs and Maintenance | 0.00 | |
| 14. Vehicle Expenses | 0.00 | |
| 15. Travel and Entertainment | 0.00 | |
| 16. Equipment Rental and Leases | 0.00 | |
| 17. Legal/Accounting/Other Professional Fees | 0.00 | |
| 18. Insurance | 0.00 | |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 | |
| | | |
| 20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify): | $ 0.00 | |
| | 0.00 | |
| | 0.00 | |
| 21. Other (Specify): | $ 0.00 | |
| | 0.00 | |
| | 0.00 | |
| 22. Total Monthly Expenses | | $ 518,000.00 |
| | | |
| **PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:** | | |
| 23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | | $ 2,000.00 |