IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | CONVERTED TO CHAPTER 7 |
| KENMARE & ASSOCIATES, INC., an | ) | |
| Illinois corporation, | ) | NO. 06 B 7671 |
| Employer Tax I.D. No. 36-4282829 | ) | |
| | ) | JUDGE JOHN H. SQUIRES |
| Debtor. | ) | |

## ORDER

This cause coming before the court on the motion of KENMARE & ASSOCIATES, INC. for an extension of time to file a final report and account, all parties duly noticed and the court fully advised in the premises;

IT IS HEREBY ORDERED:

1. Kenmare & Associates, Inc.'s Motion for Extension of Time to File A Final Report and Account is granted; and

2. Kenmare & Associates, Inc. is granted an additional thirty days, until on or before September 21, 2006 to file its final report and account.

DATED:_____

BY THE COURT:

_____
JUDGE JOHN H. SQUIRES

John K. Kneafsey
NISEN & ELLIOTT, LLC
200 W. Adams St., Suite 2500
Chicago, IL 60606
(312) 346-7800
(312) 346-9316 (fax)