IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | CONVERTED TO CHAPTER 7 |
| KENMARE & ASSOCIATES, INC., an | ) | |
| Illinois corporation, | ) | NO. 06 B 7671 |
| Employer Tax I.D. No. 36-4282829 | ) | |
| | ) | JUDGE JOHN H. SQUIRES |
| Debtor. | ) | |

**NOTICE OF FILING FINAL INCOME AND EXPENSE REPORT
FROM JULY 7, 2006 THROUGH JULY 31, 2006**

TO:   SEE ATTACHED SERVICE LIST.

PLEASE TAKE NOTICE that on August 30, 2006 we caused to be filed with the Clerk of the above Court, Final Income and Expense Report From July 7, 2006 Through July 31, 2006, a copy of which is attached hereto and hereby served on you.

I, Peggy Moffitt, a non-attorney, on oath state that on August 30, 2006, I served a copy of this Notice on the persons on the Service List via the method listed.

_____
[signature: Peggy Moffitt]

Subscribed and sworn to
before me this 30th day of August, 2006.

_____
Notary Public

"OFFICIAL SEAL"
KATHLEEN P. KEATING
Notary Public, State of Illinois
My Commission Expires 05/01/10

John K. Kneafsey
NISEN & ELLIOTT, LLC
200 W. Adams Street, Suite 2500
Chicago, IL 60606
(312) 346-7800
(312) 346-9316 (fax)

## SERVICE LIST

**VIA FACSIMILE (312) 922-8722**
Deborah K. Ebner
Law Office of Deborah K. Ebner
11 East Adams Street, Suite 800
Chicago, IL 60603

**VIA FACSIMILE (708) 687-6741**
Andrew Tinberg
Interstate Bank of Oak Forest
15533 S. Cicero Ave.
Oak Forest, IL 60462-3626

Caterpillar Financial
2120 West End Avenue
P. O. Box 34001
Nashville, TN 37203-0001

Joshua M. Bernstein
Statman Harris Siegel & Eyrich, LLC
333 West Wacker Drive
Suite 1710
Chicago, IL 60606

**VIA FACSIMILE (708) 535-8693**
James Ashack
Elmore Ashack & Daudish
15533 S. Cicero Ave.
Oak Forest, IL 60462-3601

Ingersoll-Rand Financial Serv.
Div. Of CitiCapital Comm. Corp.
P. O. Box 6229
Carol Stream, IL 60197-6229

Kathleen N. Siegel
Navistar Financial Corporation
425 N. Martingale Road
18th Floor
Schaumburg, IL 60173

**VIA FACSIMILE (708) 478-3171**
Carl Pedersen
Prairie Bank & Trust Company
19102 S. 88th Avenue
Mokena, IL 60448

**VIA FACSIMILE (312) 372-0404**
Steven R. Rappin
Hauselman Rappin & Olswang, Ltd.
39 South LaSalle Street
Suite 1105
Chicago, IL 60603

MidAmerica Water, Inc.
1500 East Mountain
Aurora, IL 60505

Toyota Financial Services
19001 So. Western Avenue
Maildrop WF12
Torrence, CA 90501

Ford Credit
P. O. Box 219825
Kansas City, MO 64121-9825

GE Capital
P. O. Box 740441
Atlanta, GA 30374-0441

Hinsdale Bank & Trust Company
25 E. First Street
Hinsdale, IL 60521

Key Equipment Finance
Payment Processing
P. O. Box 203901
Houston, TX 77216-3901

Laborers' Pension & Welfare
33367 Treasury Center
Chicago, IL 60694-3300

Laborers' Work Dues Fund
Dept. 4334
Carol Stream, IL 60122-4334

MOE Apprenticeship Fund
P. O. Box 74632
Chicago, IL 60675-4632

MOE Pension Fund
P. O. Box 74632
Chicago, IL 60675-4632

MOE Vacation Savings Plan
P. O. Box 74632
Chicago, IL 60675-4632

MOE Welfare Fund
P. O. Box 74632
Chicago, IL 60675-4632

Fleet Services
P. O. Box 6293
Carol Stream, IL 60197-8283

DeGroate Petroleum Services, Inc.
441 DeGroate Road
New Lenox, IL 60451

Leep's Supply Co., Inc.
8001 Tyler Street
Merrillville, IN 46410

Road King Tire & Service
1200 S. Cedar Road
New Lenox, IL 60451

Norwalk Tank Co.
2121 Maple Road
Joliet, IL 60432

Windy City Heavy Equipment Service
c/o Gina B. Krol, Cohen & Krol
105 W. Madison, Suite 1100
Chicago, IL 60602

District Counsel
Internal Revenue Service
Suite 2300
200 W. Adams St.
Chicago, IL 60606

District Director
Internal Revenue Service
230 S. Dearborn St.
Mail Stop 5016-CHI
Chicago, IL 60604