# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: KENMARE & ASSOCIATES INC               Case No. 06-07671
                                              Chapter 7
_____,
                Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: $2,629,378.98 |
| Total Expenses of Administration: $114.11 | |

3) Total gross receipts of $ 7,601.74 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,487.63 (see **Exhibit 2**), yielded net receipts of $114.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $2,068,311.77 | $1,561,509.47 | $1,560,309.47 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 114.11 | 114.11 | 114.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 114,436.39 | 167,062.97 | 167,062.97 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 846,636.79 | 1,782,472.91 | 1,782,472.91 | 0.00 |
| **TOTAL DISBURSEMENTS** | $3,029,384.95 | $3,511,159.46 | $3,509,959.46 | $114.11 |

4) This case was originally filed under Chapter 7 on June 29, 2006. The case was pending for 53 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/21/2010          By: /s/DEBORAH K. EBNER
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refund receivable | 1221-000 | 13.91 |
| Real Property | 1110-000 | 7,500.00 |
| Interest Income | 1270-000 | 87.83 |
| **TOTAL GROSS RECEIPTS** | | **$7,601.74** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kenmare & Associates, Inc. | Abandonment Per Order of 10/27/09 | 8500-002 | 7,487.63 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,487.63** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company | 4220-000 | 15,496.69 | 15,500.26 | 15,500.26 | 0.00 |
| 2 | Ford Motor Credit Company | 4220-000 | 20,214.06 | 20,218.38 | 20,218.38 | 0.00 |
| 3 | Ford Motor Credit Company | 4220-000 | 14,311.04 | 14,314.52 | 14,314.52 | 0.00 |
| 4 | Ford Motor Credit Company | 4220-000 | 14,293.04 | 14,296.52 | 14,296.52 | 0.00 |
| 5 | Ford Motor Credit Company | 4220-000 | 32,485.07 | 32,489.91 | 32,489.91 | 0.00 |
| 6 | Ford Motor Credit Company | 4220-000 | 26,493.53 | 26,497.06 | 26,497.06 | 0.00 |
| 7 | Ford Motor Credit Company | 4220-000 | 23,334.37 | 23,337.85 | 23,337.85 | 0.00 |
| 8 | Ford Motor Credit Company | 4220-000 | 14,796.80 | 14,799.01 | 14,799.01 | 0.00 |
| 9 | Ford Motor Credit Company | 4220-000 | 25,179.66 | 25,183.42 | 25,183.42 | 0.00 |
| 10 | Ford Motor Credit Company | 4220-000 | N/A | 14,799.01 | 14,799.01 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Ford Motor Credit Company | 4220-000 | 28,002.66 | 28,006.39 | 28,006.39 | 0.00 |
| 12 | Ford Motor Credit Company | 4220-000 | 27,197.50 | 27,200.37 | 27,200.37 | 0.00 |
| 13 | Ford Motor Credit Company | 4220-000 | 20,603.91 | 20,606.09 | 20,606.09 | 0.00 |
| 14 | Ford Motor Credit Company | 4220-000 | 26,350.12 | 26,356.52 | 26,356.52 | 0.00 |
| 20 | Toyota Financial Services | 4220-000 | N/A | 175,985.32 | 175,985.32 | 0.00 |
| 26 | GE Capital | 4120-000 | 6,362.91 | 4,415.17 | 4,415.17 | 0.00 |
| 30 | Caterpillar Financial Services Corporation | 4220-000 | 66,446.58 | 66,810.17 | 66,810.17 | 0.00 |
| 31 | Caterpillar Financial Services Corporation | 4220-000 | 64,483.93 | 65,067.66 | 65,067.66 | 0.00 |
| 32 | Caterpillar Financial Services Corporation | 4220-000 | 375,314.35 | 375,314.35 | 375,314.35 | 0.00 |
| 33 | Caterpillar Financial Services Corporation | 4220-000 | 126,336.26 | 127,033.63 | 127,033.63 | 0.00 |
| 34 | Caterpillar Financial Services Corporation | 4220-000 | 137,286.26 | 138,045.72 | 138,045.72 | 0.00 |
| 35 | Caterpillar Financial Services Corporation | 4220-000 | 46,211.54 | 46,457.75 | 46,457.75 | 0.00 |
| 36 | Caterpillar Financial Services Corporation | 4220-000 | 95,603.27 | 96,191.79 | 96,191.79 | 0.00 |
| 37 | Caterpillar Financial Services Corporation | 4220-000 | 154,801.48 | 155,629.03 | 155,629.03 | 0.00 |
| 48 | Underground Pipe & Valve Co. | 4110-000 | 1,278.00 | 1,200.00 | 0.00 | 0.00 |
| 50P | Nicor Gas | 4110-000 | N/A | 5,753.57 | 5,753.57 | 0.00 |
| NOTFILED | Hinsdale Bank & Trust Company | 4110-000 | 16,231.61 | N/A | N/A | 0.00 |
| NOTFILED | Ingersoll-Rand Financial Serv./Div. of CitiCapital | 4110-000 | 44,259.31 | N/A | N/A | 0.00 |
| NOTFILED | Hinsdale Bank & Trust Company | 4110-000 | 22,976.69 | N/A | N/A | 0.00 |
| NOTFILED | Hinsdale Bank & Trust Company | 4110-000 | 20,193.63 | N/A | N/A | 0.00 |
| NOTFILED | Hinsdale Bank & Trust Company | 4110-000 | 8,935.93 | N/A | N/A | 0.00 |
| NOTFILED | Ingersoll-Rand Financial Serv./Div. of CitiCapital | 4110-000 | 199,443.90 | N/A | N/A | 0.00 |
| NOTFILED | Hinsdale Bank & Trust Company | 4110-000 | 22,373.34 | N/A | N/A | 0.00 |
| NOTFILED | Hinsdale Bank & Trust Company | 4110-000 | 19,227.53 | N/A | N/A | 0.00 |
| NOTFILED | Interstate Bank of Oak Forest/Loan Department | 4110-000 | 127,366.17 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Financial Services | 4110-000 | 58,172.01 | N/A | N/A | 0.00 |
| NOTFILED | Key Equipment Finance/Payment Processing | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Financial Services | 4110-000 | 58,171.92 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Financial Services | 4110-000 | 58,171.92 | N/A | N/A | 0.00 |
| NOTFILED | Prairie Bank & Turst Co. | 4110-000 | 22,377.29 | N/A | N/A | 0.00 |
| NOTFILED | Navistar Financial | 4110-000 | 27,527.49 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,068,311.77** | **$1,561,509.47** | **$1,560,309.47** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner, Trustee | 2200-000 | N/A | 90.44 | 90.44 | 90.44 |
| International Sureties | 2300-000 | N/A | 5.38 | 5.38 | 5.38 |
| International Sureties | 2300-000 | N/A | 8.93 | 8.93 | 8.93 |
| International Sureties | 2300-000 | N/A | 9.36 | 9.36 | 9.36 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 114.11 | 114.11 | 114.11 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 21P | Midwest Operating Engineers Welfare Fund | 5400-000 | N/A | 51,933.84 | 51,933.84 | 0.00 |
| 22P | Midwest Operating Engineers Pension Fund | 5400-000 | N/A | 41,815.15 | 41,815.15 | 0.00 |
| 23P | Operating Engineers Local 150 Apprenticeship Fund | 5400-000 | N/A | 4,839.53 | 4,839.53 | 0.00 |
| 24P | Local 150 I.U.O.E. Vacation Savings Fund | 5400-000 | N/A | 9,988.53 | 9,988.53 | 0.00 |
| 48P | Underground Pipe & Valve Co. | 5600-000 | N/A | 78.00 | 78.00 | 0.00 |
| 60P | Laborers' Pension & Welfare Funds | 5400-000 | N/A | 49,924.21 | 49,924.21 | 0.00 |
| 61 -2 | IUOE Local 150 - Dale D. Pierson | 5400-000 | N/A | 8,483.71 | 8,483.71 | 0.00 |
| NOTFILED | MOE Pension Fund | 5200-000 | 27,937.29 | N/A | N/A | 0.00 |
| NOTFILED | Laborers' Work Dues Fund | 5200-000 | 1,586.25 | N/A | N/A | 0.00 |
| NOTFILED | Laborers' Pension & Welfare | 5200-000 | 36,409.44 | N/A | N/A | 0.00 |
| NOTFILED | MOE Apprenticeship Fund | 5200-000 | 3,314.04 | N/A | N/A | 0.00 |
| NOTFILED | MOE Welfare Fund | 5200-000 | 34,940.34 | N/A | N/A | 0.00 |
| NOTFILED | MOE Vacation Savings Plan | 5200-000 | 9,277.30 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | MOE CRF | 5200-000 | 971.73 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 114,436.39 | 167,062.97 | 167,062.97 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | Patten Industries, Inc. | 7100-000 | N/A | 9,316.74 | 9,316.74 | 0.00 |
| 16 | Windy City Heavy Equipment Service, Inc | 7100-000 | 9,323.88 | 11,146.45 | 11,146.45 | 0.00 |
| 17 | Concrete Clinic | 7100-000 | N/A | 186.73 | 186.73 | 0.00 |
| 18 | Concrete Clinic | 7100-000 | 1,309.65 | 1,758.10 | 1,758.10 | 0.00 |
| 19 | DeGroate Petroleum Services, Inc. | 7100-000 | 49,809.71 | 58,022.34 | 58,022.34 | 0.00 |
| 21U | Midwest Operating Engineers Welfare Fund | 7100-000 | N/A | 5,193.38 | 5,193.38 | 0.00 |
| 22U | Midwest Operating Engineers Pension Fund | 7100-000 | N/A | 4,181.51 | 4,181.51 | 0.00 |
| 23U | Operating Engineers Local 150 Apprenticeship Fund | 7100-000 | N/A | 483.95 | 483.95 | 0.00 |
| 24U | Local 150 I.U.O.E. Vacation Savings Fund | 7100-000 | N/A | 4,665.81 | 4,665.81 | 0.00 |
| 25 | M.O.E. Construction Industry Research and Service | 7100-000 | N/A | 1,419.53 | 1,419.53 | 0.00 |
| 27 | MPS & Co., Ltd. | 7100-000 | 7,044.50 | 11,792.00 | 11,792.00 | 0.00 |
| 28 | J. Merle Jones & Sons International | 7100-000 | 4,279.95 | 5,021.90 | 5,021.90 | 0.00 |
| 29 | Leep's Supply Co., Inc. | 7100-000 | 34,605.59 | 35,045.12 | 35,045.12 | 0.00 |
| 38 | Mid American Water, Inc. | 7100-000 | N/A | 60,372.35 | 60,372.35 | 0.00 |
| 39 | Marquette Consumer Finance, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 40 | American Interstate Insurance | 7100-000 | 38,108.57 | 44,606.04 | 44,606.04 | 0.00 |
| 41 | Atlas Bobcat, Inc | 7100-000 | 990.96 | 1,712.52 | 1,712.52 | 0.00 |
| 42 | Rite-a-Way Truck & Auto | 7100-000 | N/A | 11,192.38 | 11,192.38 | 0.00 |
| 43 | Midwest Cage Co. | 7100-000 | 5,820.17 | 5,820.17 | 5,820.17 | 0.00 |
| 44 | CNH Capital America LLC successor to | 7100-000 | N/A | 9,639.37 | 9,639.37 | 0.00 |
| 45 | CNH Capital | 7100-000 | N/A | 8,809.18 | 8,809.18 | 0.00 |
| 46 | Vulcan Materials Company | 7100-000 | N/A | 82,732.32 | 82,732.32 | 0.00 |
| 47 | Avery Gravel Co, Inc dba Valley Run Stone | 7100-000 | N/A | 16,688.68 | 16,688.68 | 0.00 |
| 49 | Key Equipment Finance Inc | 7100-000 | N/A | 47,472.93 | 47,472.93 | 0.00 |
| 50U | Nicor Gas | 7100-000 | N/A | 10,694.88 | 10,694.88 | 0.00 |
| 51 | Caterpillar Financial Services Corporation | 7100-000 | N/A | 137,614.70 | 137,614.70 | 0.00 |
| 52 | Norwalk Tank Co. | 7100-000 | 33,873.00 | 33,873.00 | 33,873.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | Norwalk Sales Co. | 7100-000 | N/A | 11,014.98 | 11,014.98 | 0.00 |
| 54 | CNH Capital | 7100-000 | 8,434.26 | 8,824.18 | 8,824.18 | 0.00 |
| 55 | Navistar Leasing Company | 7100-000 | N/A | 107,934.66 | 107,934.66 | 0.00 |
| 56 | Navistar Leasing Company | 7100-000 | 27,257.49 | 10,315.23 | 10,315.23 | 0.00 |
| 57 | Mid American Water, Inc. | 7100-000 | 60,372.35 | 60,372.35 | 60,372.35 | 0.00 |
| 58 | Rite-a-Way Truck & Auto | 7100-000 | N/A | 10,038.22 | 10,038.22 | 0.00 |
| 59 | Fleet Services | 7100-000 | N/A | 7,564.99 | 7,564.99 | 0.00 |
| 60U | Laborers' Pension & Welfare Funds | 7100-000 | N/A | 129,797.49 | 129,797.49 | 0.00 |
| 62 | Crawford Supply | 7100-000 | N/A | 809,583.74 | 809,583.74 | 0.00 |
| 63 | Fleet Services | 7100-000 | N/A | 7,564.99 | 7,564.99 | 0.00 |
| NOTFILED | R. H. Donnelley | 7100-000 | 17,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Road King Tire & Service | 7100-000 | 11,910.78 | N/A | N/A | 0.00 |
| NOTFILED | Rite-a-Way Truck & Auto | 7100-000 | 5,340.01 | N/A | N/A | 0.00 |
| NOTFILED | Patten Industries, Inc. | 7100-000 | 12,911.12 | N/A | N/A | 0.00 |
| NOTFILED | Terry's Ford | 7100-000 | 7,248.00 | N/A | N/A | 0.00 |
| NOTFILED | Healthcare Service Corp. | 7100-000 | 4,101.08 | N/A | N/A | 0.00 |
| NOTFILED | Grainco FS, Inc. | 7100-000 | 14,060.26 | N/A | N/A | 0.00 |
| NOTFILED | The Hartford | 7100-000 | 1,091.00 | N/A | N/A | 0.00 |
| NOTFILED | Vulcan Constru. Mat., LP | 7100-000 | 1,284.98 | N/A | N/A | 0.00 |
| NOTFILED | SW Suburban Home Builders Ass. | 7100-000 | 2,020.00 | N/A | N/A | 0.00 |
| NOTFILED | Norwalk Sales Co. | 7100-000 | 3,620.80 | N/A | N/A | 0.00 |
| NOTFILED | South West Home Builders Assoc | 7100-000 | 1,220.00 | N/A | N/A | 0.00 |
| NOTFILED | Navistar Leasing Company | 7100-000 | 65,630.94 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 4,384.09 | N/A | N/A | 0.00 |
| NOTFILED | Martin Leasing, Inc. | 7100-000 | 1,310.75 | N/A | N/A | 0.00 |
| NOTFILED | Mobile Facilities of Illinois | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Martin Implement | 7100-000 | 3,213.56 | N/A | N/A | 0.00 |
| NOTFILED | I.U.O.E. Local | 7100-000 | 5,974.06 | N/A | N/A | 0.00 |
| NOTFILED | Allied Insurance | 7100-000 | 15,291.82 | N/A | N/A | 0.00 |
| NOTFILED | Crawford Supply | 7100-000 | 3,178.13 | N/A | N/A | 0.00 |
| NOTFILED | Navistar Leasing Company | 7100-000 | 64,088.96 | N/A | N/A | 0.00 |
| NOTFILED | Navistar Leasing Company | 7100-000 | 27,354.70 | N/A | N/A | 0.00 |
| NOTFILED | Fleet Services | 7100-000 | 2,228.96 | N/A | N/A | 0.00 |
| NOTFILED | Navistar Leasing Company | 7100-000 | 23,879.61 | N/A | N/A | 0.00 |
| NOTFILED | Navistar Leasing Company | 7100-000 | 53,540.39 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Navistar Leasing Company | 7100-000 | 67,742.22 | N/A | N/A | 0.00 |
| NOTFILED | Navistar Leasing Company | 7100-000 | 25,885.60 | N/A | N/A | 0.00 |
| NOTFILED | Navistar Leasing Company | 7100-000 | 57,538.44 | N/A | N/A | 0.00 |
| NOTFILED | Navistar Leasing Company | 7100-000 | 60,556.45 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 846,636.79 | 1,782,472.91 | 1,782,472.91 | 0.00 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 06-07671  
Case Name: KENMARE & ASSOCIATES INC  

Trustee: (330480) DEBORAH K. EBNER  
Filed (f) or Converted (c): 07/24/06 (c)  
§341(a) Meeting Date: 08/08/06  

Period Ending: 11/21/10  
Claims Bar Date: 11/14/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Refund receivable (u) | Unknown | Unknown | DA | 13.91 | FA |
| 2 | Real Property | Unknown | 0.00 | DA | 7,500.00 | FA |
| 3 | Automobiles | Unknown | 0.00 | DA | 0.00 | FA |
| 4 | Office Equipment | Unknown | 0.00 | DA | 0.00 | FA |
| 5 | Machinery | Unknown | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 87.83 | Unknown |
| 6 | Assets    Totals (Excluding unknown values) | $0.00 | $0.00 | | $7,601.74 | $0.00 |

Major Activities Affecting Case Closing:

Debtor's owner filed a bankruptcy & obtained a discharge as a result of which any causes of action wolud be uncollectable. Case is in closing.

Minimal funds distributed per order of 10/27/09

Initial Projected Date Of Final Report (TFR):    December 31, 2008         Current Projected Date Of Final Report (TFR):    October 27, 2009

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-07671 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | KENMARE & ASSOCIATES INC | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****59-65 - Money Market Account |
| Taxpayer ID #: | **-***2829 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/21/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/17/06 | | Chicago Title and Trust | | 1110-000 | 7,500.00 | | 7,500.00 |
| 08/17/06 | {2} | Chicago Title | Closing proceeds | 1110-000 | 7,500.00 | | 15,000.00 |
| 08/17/06 | | Chicago Title | | 1110-000 | -7,500.00 | | 7,500.00 |
| 08/29/06 | {1} | Ford Motor Credit | reffund of over payment | 1221-000 | 13.91 | | 7,513.91 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.48 | | 7,515.39 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.77 | | 7,520.16 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.27 | | 7,525.43 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.94 | | 7,530.37 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.78 | | 7,535.15 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.02 | | 7,540.17 |
| 02/25/07 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #06-07671 | 2300-000 | | 5.38 | 7,534.79 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.75 | | 7,538.54 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.02 | | 7,542.56 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.16 | | 7,546.72 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.16 | | 7,550.88 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.89 | | 7,554.77 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.30 | | 7,559.07 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.17 | | 7,563.24 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.76 | | 7,567.00 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.44 | | 7,571.44 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.93 | | 7,575.37 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.85 | | 7,579.22 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 3.46 | | 7,582.68 |
| 02/05/08 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #06-07671 | 2300-000 | | 8.93 | 7,573.75 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.55 | | 7,575.30 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.40 | | 7,576.70 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.05 | | 7,577.75 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.94 | | 7,578.69 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.96 | | 7,579.65 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.96 | | 7,580.61 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.90 | | 7,581.51 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.99 | | 7,582.50 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.82 | | 7,583.32 |

Subtotals :     $7,597.63     $14.31

{} Asset reference(s)

Printed: 11/21/2010 08:22 PM     V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 06-07671 | | | Trustee: | DEBORAH K. EBNER (330480) |
| Case Name: | KENMARE & ASSOCIATES INC | | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | | Account: | \*\*\*-\*\*\*\*\*59-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*2829 | | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/21/10 | | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.59 | | 7,583.91 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.53 | | 7,584.44 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 7,584.74 |
| 02/08/09 | 1003 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #06-07671<br>Voided on 02/08/09 | 2300-000 | | ! 9.36 | 7,575.38 |
| 02/08/09 | 1003 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #06-07671<br>Voided: check issued on 02/08/09 | 2300-000 | | ! -9.36 | 7,584.74 |
| 02/08/09 | 1004 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2008 FOR CASE #06-07671, 016026455 | 2300-000 | | 9.36 | 7,575.38 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 7,575.66 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,575.98 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 7,576.28 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,576.57 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,576.89 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 7,577.20 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 7,577.51 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 7,577.81 |
| 10/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.26 | | 7,578.07 |
| 10/27/09 | | To Account #\*\*\*\*\*\*\*\*5966 | To close per Court Order of this morning | 9999-000 | | 7,578.07 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 7,601.74 | 7,601.74 | $0.00 |
| Less: Bank Transfers | 0.00 | 7,578.07 | |
| Subtotal | 7,601.74 | 23.67 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $7,601.74 | $23.67 | |

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 11/21/2010 08:22 PM   V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 06-07671 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | KENMARE & ASSOCIATES INC | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*59-66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*2829 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/21/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/27/09 | | From Account #\*\*\*\*\*\*\*\*5965 | To close per Court Order of this morning | 9999-000 | 7,578.07 | | 7,578.07 |
| 10/27/09 | 101 | Deborah K. Ebner, Trustee | Per Order of 10/27/09 | 2200-000 | | 90.44 | 7,487.63 |
| 10/27/09 | 102 | Kenmare & Associates, Inc. | Abandonment Per Order of 10/27/09 | 8500-002 | | 7,487.63 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 7,578.07 | 7,578.07 | $0.00 |
| Less: Bank Transfers | | 7,578.07 | 0.00 | |
| Subtotal | | 0.00 | 7,578.07 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $7,578.07 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*59-65 | 7,601.74 | 23.67 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*59-66 | 0.00 | 7,578.07 | 0.00 |
| | $7,601.74 | $7,601.74 | $0.00 |